# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Midwest Operating Engineers Welfare Fund, et al.

                                              Plaintiff,

v.                                                        Case No.: 1:20−cv−02143

                                                               Honorable Joan B. Gottschall

ARP Asphalt Construction Co.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 9, 2020:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiffs' request [13] to dismiss this action without prejudice and with leave to reinstate on or before 7/9/2020 is granted. All outstanding deadlines are stricken. Civil case terminated.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.